PROB 35     **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:** 1:06CR00313-014 LJO |
| ) | |
| **THEARITH PRAK** ) | |
| ) | |

On February 27, 2009, the aforementioned was sentenced to 27 months Bureau of Prisons, and 60 months supervised release. The offender has complied with the rules and regulations of supervision. On October 16, 2012, Assistant United States Attorney, Kathleen Servatius, submitted written documentation to the United States Probation Office, advising that there is no objection to an early termination of supervision in this case. It is accordingly recommended that the offender be discharged from supervision.

                             Respectfully submitted,

                             /s/ Adrian Garcia

                             **ADRIAN GARCIA**
                             **United States Probation Officer**

Dated:        October 17, 2012
               Fresno, California
               AG/rv


**REVIEWED BY:**    /s/ Robert Ramirez
                           **ROBERT RAMIREZ**
                           **Supervising United States Probation Officer**

**Re: PRAK, Thearith**
**Docket Number: 1:06CR00313-14 LJO**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

The offender, **Thearith Prak**, is discharged from supervised release, and the proceedings in the case are terminated.

Attachment: Recommendation
cc: United States Attorney's Office
 FLU Unit, AUSA's Office
 Fiscal Clerk, Clerk's Office
IT IS SO ORDERED.

Dated: **October 22, 2012**   /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE